IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sikorski, Barbara

Printed: 7/29/08

Case Number: 05 B 08306
Judge: Squires, John H
Filed: 6/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: July 23, 2008
Confirmed: August 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,480.00 |  |
| Secured: |  | 17,911.18 |
| Unsecured: |  | 3,379.22 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,189.60 |
| Other Funds: |  | 0.00 |
| Totals: | 22,480.00 | 22,480.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 15,871.39 | 15,871.39 |
| 3. | Wells Fargo Home Mortgage | Secured | 2,039.79 | 2,039.79 |
| 4. | RoundUp Funding LLC | Unsecured | 243.92 | 120.77 |
| 5. | Resurgent Capital Services | Unsecured | 3,265.19 | 1,617.30 |
| 6. | Resurgent Capital Services | Unsecured | 2,166.01 | 1,072.42 |
| 7. | Chase Automotive Finance | Unsecured | 1,148.25 | 568.73 |
| 8. | Harris Bank | Secured |  | No Claim Filed |
| 9. | Internal Revenue Service | Priority |  | No Claim Filed |
| 10. | Capital One | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 24,734.55 | $ 21,290.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 510.40 |
| 5% | 105.00 |
| 4.8% | 201.60 |
| 5.4% | 372.60 |
|  | _____ |
|  | $ 1,189.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Sikorski, Barbara

Printed:  7/29/08

Case Number:  05 B 08306
Judge:  Squires, John H
Filed:  6/9/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

